UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

PC Connection, Inc.,

    v.                                    Civil No. 22-cv-524-LM

Peter Sillich

**PROCEDURAL ORDER**

    On today's date, the court held a video status conference in this case. Attorney Christopher Carter appeared for plaintiff, and Attorney Michael Lambert appeared for defendant. Because defendant filed no objection to the motion for preliminary injunction (doc. nos. 6 & 12), and, during today's hearing, conceded he had no further basis on which to object to the injunction, the court granted document numbers 6 & 12 orally from the bench during the conference. Plaintiff's proposed order is on the docket at document number 6-1. However, the court has not yet entered the injunction.

    Although defendant interposed no objection to the language of the proposed order, the court must ensure it complies with Fed. R. Civ. P. 65(d). Rule 65(d) requires that the terms be specific and describe in "reasonable detail . . . the acts restrained or required." Fed. R. Civ. P. 65 (d)(1)(B) & (C). Accordingly, on or before April 10, 2023, plaintiff shall file a brief explaining how the language complies with Rule 65(d), or file a new proposed order that uses more specific language. The brief shall be no more than 10 pages in length. Although defendant has arguably waived any right to respond, the court finds good cause to permit a short response (also no

longer than 10 pages) if filed on or before April 12, 2023.  If necessary, before entering the injunction, the court will schedule a hearing on an expedited basis to determine the scope of the language for the injunction.

As to plaintiff's motion for attorney fees (doc. no. 13), it is premature and insufficiently supported at this time and denied without prejudice to being refiled when and as appropriate.  Lastly, on or before April 19, 2023, defendant shall show cause why the court should not treat his motion to enforce settlement (doc. no. 14) as a pre-discovery motion for summary judgment.  Cf. Fed. R. Civ. P. 12(d); 56(f).  In that time, defendant may also amend his motion to provide any additional materials he wishes the court to consider in support of his motion.  See Fed. R. Civ. P. 56(c)-(e).  Plaintiff may likewise respond to any filing by defendant on or before May 3, 2023.

SO ORDERED.

_____
Landya McCafferty
United States District Judge

April 5, 2023

cc:    Counsel of Record