UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PC CONNECTION, INC. d/b/a CONNECTION )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PETER SILLICH and )<br>PARTNER ONE IT LLC )<br>)<br>Defendants. )<br>) | **Civil Action No. 1:22-CV-00524-LM** |

## STIPULATION OF DISMISSAL

The Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of this case, and to dissolution of the Court's May 11, 2023 Order granting Plaintiff's request for preliminary injunctive relief, with prejudice, and without costs or fees to either party.

Respectfully submitted,

PC CONNECTION, INC.,
D/B/A CONNECTION

By its attorneys,

Dated:  December 28, 2023

 /s/ *Owen R. Graham, Esq.*
Christopher H.M. Carter, Esq. (#12452)
Owen R. Graham, Esq. (#266701)
Hinckley, Allen & Snyder LLP
650 Elm Street, Suite 500
Manchester, NH 03101
Tel: (603) 225-4334
ccarter@hinckleyallen.com
ograham@hinckleyallen.com

<table>
<tr><td></td><td>-AND-</td></tr>
<tr><td></td><td>PETER SILLICH</td></tr>
<tr><td></td><td>*Pro Se*</td></tr>
<tr><td>Dated:  December 28, 2023</td><td>  /s/ *Peter Sillich*<br>Peter Sillich<br>7 Stone Edge Way<br>Merrimack, NH  03054</td></tr>
<tr><td></td><td>-AND-</td></tr>
<tr><td></td><td>PARTNER ONE IT LLC</td></tr>
<tr><td></td><td>By its attorneys,</td></tr>
<tr><td>Dated:  December 28, 2023</td><td>   /s/ *Jonathan M. Shirley*<br>Jonathan M. Shirley (#16494)<br>37 Technology Way, Suite 3W2<br>Nashua, NH 03049<br>(603) 881-5500<br>jshirley@cullencollimore.com</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I hereby certify that on the above date a copy of the foregoing has been forwarded to all parties and counsel of record via the Court's electronic filing system.  I further certify that on the above date a copy of the foregoing was sent via Certified Mail, First Class to Defendant Peter Sillich at the following address:

>Peter Sillich
>7 Stone Edge Way
>Merrimack, NH 03054

>  /s/ *Owen R. Graham*
>Owen R. Graham

2

#64368676